Gandephe, P.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## CASE NO. 12 Civ. 5711 (PGG) (JLC)

RICHARD PALOMO SOLARZANO

Plaintiff,

v.

AHTNA TECHNICAL SERVICES, INC.,

Defendant. and
Third Party Plaintiff

v.

ASSET PROTECTION & SECURITY
SERVICES, LP,

Third Party Defendant
_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/13

### STIPULATION OF DISMISSAL

Plaintiff, RICHARD PALOMO SOLARZANO, Plaintiff,  and AHTNA

TECHNICAL SERVICES, INC., Defendant. And Third Party Plaintiff, and ASSET

PROTECTION & SECURITY SERVICES, LP, Third Party Defendant, through counsel,

and pursuant to  FRCP 41 (a) (1) (A) (ii) hereby stipulate this action is hereby dismissed

with prejudice, with said Court retaining jurisdiction to enforce the terms of the

settlement agreement that has led to this dismissal.

LAW OFFICES OF CHAVEZ AND
DE LEON, P.A.
5975 Sunset Dr. Suite #605
South Miami, FL. 33143
Phone: (305) 740-5347

1

Case 1:12-cv-05711-PGG   Document 46   Filed 04/26/13   Page 2 of 4

Fax: (305) 740-5348
Attorneys for Plaintiff


By:


___s/John de Leon_____
JOHN DE LEON
*Pro Hac Vice*
FBN: 650390


/S/

| | | |
|---|---|---|
| **Dennis Bellovin** | representing | **Richard Palomo** |
| Trolman, Glaser & Lichtman, P.C. | | (Plaintiff) |
| 777 Third Avenue, 35th Floor \| | | |
| New York, NY 10017 | | |
| \|Phone: 212-750-1200 \| \| | | |
| Fax: 212-980-4011 | | |

/S/

| | | |
|---|---|---|
| **Warren S. Koster** | | |
| Callan, Koster, Brady & Brennan LLP | | |
| One Whitehall Street | | **Ahtna Technical Services, Inc.** |
| New York, NY 10004 | representing | **Inc.** |
| (212)-248-8800 | | *(ThirdParty Defendant)* |
| (212)-248-6815 (fax) | | |
| wkoster@ckbblaw.com | | |

**Ahtna Technical Services, Inc.**
*(ThirdParty Plaintiff)*

**Ahtna Technical Services, Inc.**
*(Counter Claimant)*

**Ahtna Technical Services, Inc.**
*(Defendant)*

/S/
**Allison Elizabeth Moore**
Branscomb|PC
802 N. Carancahua Street, Suite
1900
Corpus Christi, TX 78401                    representing
(361)-888-8261
(361)-888-8504 (fax)
amoore@branscombpc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Asset Protection & Security
Services, LP**
*(ThirdParty Defendant)*

/S/
**Keith B Sieczkowski**
Branscomb|PC
802 N. Carancahua Street, Suite
1900
Corpus Christi, TX 78401                    representing
(361)-888-9261
(361)-888-8504 (fax)
ksieczkowski@branscombpc.com
*PRO HAC VICE*

**Asset Protection & Security
Services, LP**
*(Third Party Defendant)*

/S/

**Louis E. Valvo**
Callan, Koster Brady & Brennan,
LLP
One Whitehall Street
New York, NY 10004                    representing
(212)-248-8800
(212)-248-6815 (fax)
ksieczkowski@branscombpc.com
*ATTORNEY TO BE NOTICED*

**Ahtna Technical Services,
Inc.**
*(ThirdParty Defendant)*

**Ahtna Technical Services,
Inc.**
*(ThirdParty Plaintiff)*

**SO ORDERED:**

**Ahtna Technical Services,
Inc.**
*(Counter Claimant)*

U.S.D.J.

April 29, 2013

**Ahtna Technical Services, Inc.**
*(Defendant)*

## CERTIFICATE OF SERIVCE

I HEREBY CERTIFY that on April 26, 2013, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on

the attached Service List in the manner specified, either via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those

counsel or parties who are not authorized

Dated: April 24, 2013

                                        /S/
                                        JOHN DE LEON
                                        LAW OFFICES OF CHAVEZ AND
                                        DE LEON, P.A.
                                        5975 Sunset Dr. Suite #605
                                        South Miami, FL. 33143
                                        Phone: (305) 740-5347
                                        Fax: (305) 740-5348
                                        Attorneys for Defendant